[No. 47116-3-I.   Division One.   September 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOT BRANCH,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03465-8, LeRoy McCullough, J., entered July 14, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47146-5-I.   Division One.   September 4, 2001.]

MICHAEL A. JACOBSON, *Appellant*, v. KING COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-04880-7, J. Kathleen Learned, J., entered July 14, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Appelwick, JJ.

[No. 47295-0-I.   Division One.   September 4, 2001.]

GM NAMEPLATE, INC., *Appellant*, v. GUECH-GHONG TANG,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-00154-1, Donald D. Haley, J., entered August 21, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker and Kennedy, JJ.

[No. 24507-8-II.   Division Two.   September 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN BRIAN
HOFFER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04456-1, Marywave Van Deren, J., entered March 22, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Bridgewater, JJ.